# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Trevor Nathaniel Velez,

Inmate ID Number: 2100 2516,

_(Write the full name and inmate ID number of the Plaintiff.)_

v.

Escambia County Board of comissioners

Escambia County Sheriffs office,

Escambia County Jail,

_(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

Case No.: 3:21cv1539-MCR-HTC
_(To be filled in by the Clerk's Office)_

Jury Trial Requested?
☐ YES  ☐ NO

FILED USDC FLND PN
OCT 19 '21 PM 1:02

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Trevor Nathaniel Vaez   ID Number: 21002516

List all other names by which you have been known: _____

Current Institution: Escambia County Jail

Address: 3080 N Pace Blvd Pensacola FL 32505

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Escambia couty Board of comissioners

   Official Position: _____

   Employed at: _____

   Mailing Address: 221 Palafox Place Suite 400 Pensacola, FL 32502

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Escambia county Sherriffs office

Official Position: _____

Employed at: _____

Mailing Address: 1700 West leonard St
Pensacola, FL 32501

☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

3. Defendant's Name: Escambia county Jail

Official Position: _____

Employed at: _____

Mailing Address: 3080 North pace Blvd
Pensacola, FL 32505

☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against *(check all that apply)*:

☐ Federal Officials *(Bivens case)*   ☒ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee          ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. Grievences such as commissary, Nurses, kitchen, etc. go to those departments and are biased. At that point not given proper consideration and fall on deaf ears.
2. Jail staff not periodically tested for covid.
3. Medical Aid Dictated by nurses.
4. Drain fly problem in Old jail.
5. Substandared HVac In old Jail and new Jail (Hot in cells).
6. Doc inmates sentenced to prison housed with general Population, Also losing gain time due to extended stay in Co. Jail As of 10-11-21 for 2 months and counting.
7. Jail not giving covid test to newly booked inmates nor Quarenteened for 2 weeks before introduction to general population.
8. Jail employes brought covid into kitchen twice and caused 2 kitchen crews to go on lockdown.
9. Laundry Service not given to old Jail Inmates but given to new Jail inmates.

Statement of Facts Continued *(Page 2 of 4)*

10. Styrofoam cups not given to inmates at every meal like stated should happen in jail standards.
11. Jail staff uses profain language towards inmates and may use discrimatory remarks at times.
12. Indentured servatude as trustees.
13. Working as trustees and not sentenced.
14. No fire supression system in Old jail.
15. Female guards doing walk threws while men shower in Old jail.
16. Plumbing in shower not Draining and half of golf Dorm showers Are Cold.
17. Toilet plumbing not flushing properly.
18. Flys, rats, roaches, in old jail and Rats in new jail kitchen.
19. No church warship room. 20. Cold meals served as hot meals. 21. Black mold in old jail showers 22. Dental aid not provided 23. Vision aid not provided. 24. Mental health doesn't provide autism test. 25. Mental health has limited doctors.

Civil Suit Against

Escambia County Board of Commissioners
Escambia County Sheriffs office
Escambia County Jail

Using - 1983 Mitchell vs. Untreiner As Complaint

Complaints:

- Grievences Such as Commissary, Nurses, Kitchen, etc. go to those departments And Are biased. At that point Not given proper consideration And Fall on deaf Ears
- Inmate legal Not Allowing Further Access to Civil Complaint Form & Self Addressed Envelopes to U.S. Courthouse As of 10-09-21
- Jail Staff Not Periodically tested for Covid
- Medical Aid Dictated by Nurses
- Drain Fly Problem in Old Jail
- Substandared HVAC In Old Jail & New Jail (Hot in Cells)
- DOC Inmates Sentenced to prison housed with general Population, Also losing Gain time due to extended Stay in CO. Jail As of 10-11-21, for 2 months And Counting
- Jail Not giving Covid test to Newly Booked inmates, Nor Quarenteened fn 2 weeks before introduction to General Population

- Plumbing in Shower Not Draining & Half of Golf Dorm Showers Are Cold
- Toilet Plumbing Not Flushing Properly (Playing Tennis)
- Flys, Rats, Roaches, in Old Jail & Rats in New Jail Kitchen.
- Only Allowed 1 type of Bible & 2 Religious Books At A time
- No Church Worship Room
- No Medical Aid given Past 3 days
- Cold Meals Served As Hot Meals
- Miranda Rights Not Read At Arrest
- Speedy trial Suspended
- Video Visitation doesn't have to give out whom visits inmates, When Asked by Inmate
- Black Mold in Showers of Old Jail
- Non Slip paint on Floor of Old Jail peeling & holds Bacteria
- Rusted Day Room Picnic table & Bunks in Old Jail
- Dental Aid Not Provided

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1, 4, 5, 6, 8, 9, 14 refer to addendum

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

$200,000.00 in punitive damages refer to addendum

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____
   Court: _____

2. Date: _____ Case #: _____
   Court: _____

3. Date: _____ Case #: _____
   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/16/21   Plaintiff's Signature: *Trevor Velez*

Printed Name of Plaintiff: Trevor Nathaniel Velez
Correctional Institution: Escambia County Jail
Address: 3080 N. pace Blvd Pensacola FL 32505

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☒ deposited in

the prison's mail system for mailing on the ___16th___ day of ___October___, 20 _21_.


Signature of Incarcerated Plaintiff: _____



Trevor Velez
36-204-6
P.O. Box 17800
Pensacola, FL 32522

RECEIVED
OCT 1 2021

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665

Mailed From
Escambia County Jail
Dorm 1